IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:18-CR-54-FL-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TERRENCE DENON MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's motion (D.E. 34) to subpoena John M. Murray and Joshua A. Stocks for the suppression hearing scheduled in this case for 26 June 2019. The motion also requests that the United States Marshals Service serve the subpoena and that any costs and fees be paid in "the same manner as those paid for witnesses the government subpoenas." Mot. 2 (quoting Fed. R. Crim. P. 17(b)). Defendant has shown that he is unable to pay any costs or fees, Financial Aff. (D.E. 6), and that Murray's and Stocks' presence is necessary to present an adequate defense. *See* Fed. R. Crim. P. 17(b).

The process costs and witness fees due, if any, shall be paid in the same manner as those paid for witnesses the government subpoenas. The Clerk is therefore DIRECTED (1) to sign and issue the proposed subpoenas (D.E. 34-2 and 34-3) and (2) to hand deliver the subpoenas, along with a copy of this Order, to the Marshals Service. The Marshals Service shall serve the subpoenas on Murray and Stocks as soon as practicable and shall pay the costs of service.

SO ORDERED, this 18th day of June 2019.

James E. Gates
United States Magistrate Judge