IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:18-CR-54-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TERRENCE DENON MILLER | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Christopher Jenkins, Lenoir County Sheriff's Office.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on 8/19/20, be transferred to Christopher Jenkins to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 1 | Handgun magazine with bullets |
| 2 | Clear bag of veggie material |
| 3 | Clear bag of veggie material |
| 4 | Grinder |
| 5 | Silver digital scales |
| 6 | Black digital scales |
| 7 | Two black cell phones |

1

SO ORDERED this the 19th day of August, 2020.

_____
Louise W. Flanagan
United States District Judge


SO ACKNOWLEDGED:

_____
Christopher Jenkins, Case Agent

_____
Dena King, Assistant U.S. Attorney

2