IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:18-CR-54-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TERRENCE DENON MILLER | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Joshua Stocks, Wayne County Sheriff's Office.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on 8/19/20, be transferred to Joshua Stocks to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| DEA Exhibit 12 | Methamphetamine Hydrochloride |
| DEA Exhibit 13 | Heroin |
| DEA Exhibit 14 | Methamphetamine Hydrocholoride |

SO ORDERED this the 19th day of August, 2020.

*Louise W. Flanagan*
Louise W. Flanagan
United States District Judge

1

SO ACKNOWLEDGED:

_____
Joshua Stocks, Case Agent

_____
Dena King, Assistant U.S. Attorney