IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:18-CR-54-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TERRENCE DENON MILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $141.98. The clerk is DIRECTED to pay The Chelsea the sum of $141.98.

SO ORDERED, this 20th day of August, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge